Good morning, Your Honors. Eric Ben-Samicon on behalf of Appellee Maria Montero. Okay, good morning. Well, you brought all that wonderful stuff. I don't know if you're going to need much of it. We don't have the appellant today. We don't know why, but we don't have the appellant. So you can proceed as you like. I believe the matters are mooted at this point. The property was sold several months ago as ordered by Judge Brand. The proceeds of the sale have been held in trust until further order of the court. The appeal as to the broker's employment, I think, is moot as well, not just because the property is already sold, but the broker was vetted by Judge Brand at the trial court level. He went through extensive questioning and cross-examination, also by the appellant, who is not here. Of course, I'm a little biased being on this side of it, but I don't see any judicial error in any way, shape, or form. Or any genuine good-faith argument, rather. Yeah. And that's it. Otherwise, I'll submit it on the papers. I mean, to the extent they've been filed. And the only other issue was the one on the stay violation. And there's no dispute that he committed an act. Whether it was effective or not isn't important. It was an act. He did it. He knew the stay was in effect. He did it anyway. A hundred percent. And, sorry, even further, the sanction order was never appealed as well. And that's already final and, of course, hasn't been satisfied to this day. But that sort of goes contrary to the idea that there was judicial error, but the sanction somehow was not appealed. And, yes, recording all this pendants post-petition on property of the estate is an absolute violation. Honestly, just for the record, in case there's any question. So with that, if any of the judges have any questions for me, I'm happy to answer. Otherwise, I will ask my colleagues if they have any further questions. None for me. None. Thank you very much. Thank you. Sorry I got to lug that box around. I'm sorry. Thank you. Okay. Let's go back up to the top.
judges: Lafferty, Faris, and Gan